# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Timekeeping Systems, Inc., | ) | Case No. 1:13CV01201 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| PatrolLIVE International, Inc., et al., | ) | |
| | ) | |
| | ) | **ORDER** |
| Defendants. | ) | |
| | ) | |

    This matter is before the Court following private mediation. The mediator, Attorney David R. Cohen, has informed the Court that this matter has settled. Accordingly, the docket will be marked "settled and dismissed, without prejudice." The parties must submit a proposed settlement agreement within 45 days. The parties have leave of Court to file the agreement under seal. If the Court approves the agreement, dismissal of this matter with prejudice will be finalized. This Court will retain jurisdiction over the settlement. All other deadlines are vacated. A status conference will be scheduled at the request of counsel if necessary.

    **IT IS SO ORDERED.**

                                                                            s/*John R. Adams*
                                                                            JOHN R. ADAMS
                                                                            UNITED STATES DISTRICT JUDGE

**DATED**: 9/5/2018