It is so Ordered 10/19/18.
s/John R. Adams
U.S. District Judge

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Timekeeping Systems, Inc., | : | |
| | : | |
| Plaintiff, | : | Case Nos.   1:13CV01201 |
| | : | 1:16CV02261 |
| v. | : | |
| | : | JUDGE JOHN R. ADAMS |
| | : | |
| PatrolLive International, Inc., et al., | : | |
| | : | |
| Defendants. | : | |

**STIPULATED VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

All parties, by and through counsel, and pursuant to Civil Rule 41(a)(1)(A)(ii), now stipulate to a voluntary dismissal, with prejudice, of all of the claims of the parties against the other. Each party is to bear its own costs and attorney fees. Pursuant to the Court's Order (Doc. # 129) and Local R. 5.2, a copy of the Settlement Agreement is being filed under seal contemporaneously herewith.

Respectfully submitted,

 /s/ Mark C. Johnson
Mark C. Johnson  (0072625)
mjohnson@rennerotto.com
Kyle B. Fleming (0064644)
kfleming@rennerotto.com
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
T: 216.621.1113
F: 216.621.6165

*Attorneys for TimeKeeping Systems, Inc.*